# Exhibit 2

# IN THE CIRCUIT COURT FOR ROANE COUNTY, TENNESSEE

| | |
|---|---|
| **JAMES ANDERSON,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2019-cv-81 |
| v. ) | |
| ) | |
| **JACOBS ENGINEERING GROUP, INC.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

**NOTICE IS HEREBY GIVEN** that pursuant to the provisions of 28 U.S.C. § 1442(a)(1), Defendant Jacobs Engineering Group, Inc. ("Jacobs"), did on the 14th day of June, 2019, file a *Notice of Removal* in the United States District Court for the Eastern District of Tennessee, a copy of which is attached hereto as **Exhibit A**.

You are also advised that this filing of a copy of the Notice with the Circuit Court of Roane County, Tennessee, shall affect the removal and such court shall proceed no further unless and until the case is remanded.

                Respectfully submitted,

                **PAINE, TARWATER, & BICKERS, LLP**

Dated: June 14, 2019         /s/ Dwight E. Tarwater
                Dwight E. Tarwater (BPR #007244)
                det@painetarwater.com
                Catherine W. Anglin (BPR #028120)
                cwa@painetarwater.com
                Barbara K. Doolittle (BPR #036336)
                bkd@painetarwater.com
                Thomas H. Jarvis (BPR #036835)
                thj@painetarwater.com

900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
Telephone: (865) 525-0880
Facsimile: (865) 521-7441

*Attorneys for Defendant*
*Jacobs Engineering Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of June, 2019, I have served a true and correct copy of the Notice of Filing of Notice of Removal on counsel of record as indicated below.

|  |  |  |
|---|---|---|
| [ ] | U.S. Mail | John B. Dupree, Esq. |
| [ ] | Facsimile | Bridgefront Law Group, PLLC |
| [ ] | Email | 616 W. Hill Ave., 2d Floor |
| [X] | Overnight Mail | Knoxville, TN 37902 |

Keith D. Stewart
James K. Scott
Market Street Law, PLLC
625 Market Street, 14th Floor
Knoxville, TN 37902


/s/ Dwight E. Tarwater_____