# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| JAMES ANDERSON et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:19-cv-00219 |
| ) | |
| JACOBS ENGINEERING GROUP, INC. ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' MOTION FOR STAY

Come now the Plaintiffs, by and through counsel, and respectfully move the Court for a stay of the litigation in the above-captioned case. Plaintiffs would show the Court that this case has been determined to be a related case to Greg Adkisson, et al. v. Jacobs Engineering Group, Inc., No. 3:13-cv-505. The Court has found that these cases arise out of the same transaction or occurrence and involve one or more of the same parties. (See Doc. No. 7). The Adkisson case is still under a mediation order that has been extended to October 15, 2019. (See Doc. 479 in Adkisson). Furthermore, there is a Motion to Continue Stay in another related case pending - Allen v. Jacobs et al., No. 3:18-cv-153. (See Doc. 22 in Allen).

The mutual parties continue to negotiate in the Adkisson case and would show the Court that a stay of the pending Anderson case would be appropriate for judicial economy and for the purpose of determining how to proceed once the Adkisson mediation order draws to a conclusion.

WHEREFORE, the Plaintiffs herein move for an Order staying this litigation until the completion of Phase II of the <u>Adkisson</u> litigation.

Respectfully submitted this 23d day of August, 2019.

        /s/ John B. Dupree
        Attorney for Plaintiffs
        Market Street Law, PLLC
        625 Market Street, 14th Floor
        Knoxville, Tennessee 7902
        (865) 245-4438

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2019, a copy of the foregoing was filed electronically. Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S Mail. Parties may access the filing through the Court's electronic filing system.

        BY:     /s/ John B. Dupree
                  Attorney for Plaintiffs