


# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE
Howard H. Baker Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, Tennessee 37902
(865) 545-4228
www.tned.uscourts.gov

**LEANNA R. WILSON**
Clerk of Court

**CHRISTOPHER FIELD**
Chief Deputy Clerk

October 15, 2021

James M. Hivner, Clerk
Tennessee Supreme Court
401 Seventh Avenue North
Nashville, TN 37219-1407

RE: Greg Adkisson, *et al.*, v. Jacobs Engineering Group, Inc. – 3:13-CV-505

To Whom It May Concern:

The above styled case has been sent to your court for certification pursuant to an Order of this Court signed by United States District Judge Thomas A. Varlan on September 29, 2021. Enclosed please find a certified copy of the Order. Please date stamp the enclosed copy of this letter and return it in the envelope provided.

Sincerely,

LeAnna R. Wilson, Clerk

By: _____
Deputy Clerk

/kmk
Enclosures