UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES ANDERSON, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 3:19-cv-219 |
| JACOBS ENGINEERING GROUP, INC, | ) |
| *Defendant*. | ) |

**ORDER**

Pursuant to 28 U.S.C § 137, it is hereby **ORDERED** that the above referenced case is **REASSIGNED** to the Honorable Susan K. Lee, United States Magistrate Judge, to handle any matters routinely considered by a magistrate judge pursuant to 28 U.S.C § 636(b) and the Rules of this Court.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**