**FEDERAL MEDIATION PROGRAM**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

FILED
2023 MAY 24 AM 10:16
US DISTRICT COURT
EASTERN DIST. TENN.

**MEDIATOR'S REPORT TO THE COURT**

MEDIATOR: Gary R. Wade
London & Amburn, P.C.
607 Market Street, Suite 900
Knoxville, TN 37902

CASE NAME & NUMBER: _No. 3:13-CV-00505-TAV-HBG_

Local Rule 16.4(m) requires that mediators file this report with the Clerk within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents"). If you are not a CM/ECF User, please file the form in the clerk's office in the division in which the case is pending. If multiple mediation conferences occur, file a form after each conference within five (5) days of the conference.

1. Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.5(l)?

    ___✓___ YES        _____ NO

2. Did the case settle?

    ___✓___ YES        _____ NO

3. Is mediation to be conducted at a later date?

    _____ YES        ___✓___ NO, _not unless unforeseen complications arise_

4. Was mediation terminated without a settlement?

    _____ YES        ___✓___ NO

Signature of Certified Mediator
Date: 5/24/23

(Rev. 6/06)

---

1. A mediation conference which continues over multiple days is considered one conference for purposes of this reporting requirement. Send in separate reports only when the conference is recessed for a week or more. _Conferences continued ongoing from September 2022 to date — so many complexities._

2. If you answer "no," the clerk will forward a copy of this report to a Magistrate Judge not assigned to the case who will contact you to investigate the problem. _Remarkable work by attorneys Tarwater & Coleman!_