UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| JAMES ANDERSON, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:19-cv-00219 |
| v. ) | |
| ) | |
| JACOBS ENGINEERING GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE FOR PLAINTIFF JUDY METCALF

Come now Plaintiff Judy Metcalf as surviving spouse of Darrell Metcalf and Defendant, Jacobs Engineering Group, Inc., by and through counsel, and pursuant to Fed. R. Civ. P. 4l(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the action brought by Judy Metcalf as surviving spouse of Darrell Metcalf against Jacobs Engineering Group, Inc., with each party to bear its own attorney's fees and costs.

Respectfully submitted this 6th day of June, 2023.

**MILBERG COLEMAN BRYSON PHLLIPS GROSSMAN PLLC**

By:/s/ Louis W. Ringger III
Gregory F. Coleman, TN Bar No. 14092
gcoleman@milberg.com
Louis W. Ringger, III, TN Bar No. 33674
bringger@milberg.com
Adam A. Edwards, TN Bar No. 23253
aedwards@milberg.com
Mark E. Silvey, TN Bar No. 13415
msilvey@milberg.com
William A. Ladnier, TN Bar No. 34316
wladnier@milberg.com

800 S. Gay Street, Suite 1100
Knoxville, TN 37902
T: (865) 247-0080
F: (865) 522-0049

*Attorneys for Plaintiff*

**PAINE, TARWATER, BICKERS, LLP**

By:*/s/Catherine W. Anglin*_____
Dwight E. Tarwater (BPR #007244)
det@painetarwater.com
Catherine W. Anglin (BPR #028120)
cwa@painetarwater.com
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902-1821
Telephone: (865) 525-0880
Facsimile: (865) 521-7441

*Attorneys for Defendant*
*Jacobs Engineering Group Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2023, a copy of the foregoing was filed electronically. Notice of filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's electronic filing system.

*s/Louis W. Ringger, III*_____
Attorney for Plaintiffs